UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| TRISHA GALANG, | 2:10-CV-01229-PMP-LRL |
| Plaintiff, | |
| vs. | **ORDER** |
| AMERICAN FAMILY MUTUAL INSURANCE COMPANY; AMERICAN FAMILY INSURANCE, | |
| Defendants. | |

Having considered the arguments set forth with respect to Defendant's fully briefed Motion for Partial Summary Judgment (Doc. #11), as well as at the hearing conducted October 12, 2011, and finding that genuine issues of material fact remain with respect to Plaintiff's Third Claim for Relief for Breach of the Covenant of Good Faith and Fair Dealing, but that no genuine issues remain with respect to Plaintiff's Second Claim for Relief for Violation of the Fair Claims Practices Act, or with respect to Plaintiff's entitlement to punitive damages, and good cause appearing,

**IT IS ORDERED** that Defendant's Motion for Partial Summary Judgment is **GRANTED** with regard to Plaintiff's Second Claim for Relief for Violation of the Fair Claims Practices Act, and on Plaintiff's Claim for Punitive Damages.

///

1       **IT IS FURTHER ORDERED** that Defendant's Motion for Partial Summary Judgment is **DENIED** with respect to Plaintiff's Third Claim for Relief for Breach of the Covenant of Faith and Fair Dealing.

DATED: October 17, 2011.

                                                  */s/ Philip M. Pro*
                                                  PHILIP M. PRO
                                                  United States District Judge