1  SAO
   JANE M. EBERHARDY, ESQ.
2  Nevada State Bar No. 004254
   JOHN WILLIAM KIRK, ESQ.
3  Nevada State Bar No. 004654
   THE MARKS LAW GROUP, LLP
4  1120 Town Center Drive, Suite 200
   Las Vegas, Nevada 89144
5  (702)341-7870 / Fax: (702)341-8049

6  Attorneys for Defendant
7  American Family Mutual Insurance Company

8

9             UNITED STATES DISTRICT COURT

10                  STATE OF NEVADA

11 TRISHA GALANG,                    CASE NO.: 2:10-cv-01229-PMP-VCF

12        Plaintiff,

13   v.

14 AMERICAN FAMILY MUTUAL            **STIPULATION AND ORDER FOR**
   INSURANCE COMPANY; AMERICAN       **DISMISSAL WITH PREJUDICE**
15 FAMILY INSURANCE; DOES I through V;
   and RORE CORPORATIONS I through IV,
16 inclusive,

17        Defendants.

18

19        IT IS HEREBY STIPULATED by and between the Plaintiff, TRICIA GALANG, by and

20 though her counsel of record, Dustin Birch, Esq. of the law firm of AARON & PATERNOSTER,

21 and defendant, AMERICAN FAMILY MUTUAL INSURANCE COMPANY by and through

22 their counsel of record Jane M. Eberhardy, Esq. of the law offices of THE MARKS LAW

23 GROUP, LLP, that any and all claims arising out of Case No. 2:10-cv-01229-PMP-VCF entitled

24 *Galang v. American Family Mutual Insurance Company* are hereby dismissed with prejudice

25 pursuant to F.R.C.P. 41, and that all parties agree to bear their own attorneys' fees and costs.

26 ///

27

28

IT IS SO STIPULATED.

Dated: 12/20/11

_[signature]_

Glenn A. Paternoster, Esq.
Dustin E. Birch, Esq.
AARON & PATERNOSTER, LTD.
2300 West Sahara Avenue, Suite 650
Las Vegas, Nevada 89102
Attorneys for Plaintiff

Dated: 12-20-2011

_[signature]_

JANE M. EBERHARDY, ESQ.
Nevada State Bar No. 004254
THE MARKS LAW GROUP, LLP
1120 Town Center Drive, Suite 200
Las Vegas, Nevada 89144
Attorneys for Defendant,
American Family Mutual Insurance Company

## ORDER

Good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that pursuant to stipulation of the parties, that any and all claims arising out of Case No. 2:10-cv-01229-PMP-VCF entitled *Galang v. American Family Mutual Insurance Company*, are hereby dismissed with prejudice.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all parties are responsible for their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: _December 21, 2011.

PHILIP M. PRO
UNITED STATES DISTRICT JUDGE

Submitted by:

JANE M. EBERHARDY, ESQ.
Nevada State Bar No. 004254
THE MARKS LAW GROUP, LLP
1120 Town Center Drive, Suite 200
Las Vegas, Nevada 89144
(702)341-7870
Attorneys for Defendant